October 23, 2026

**<u>VIA ECF</u>**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Bandyopadhyay v. Hyman, et al.*, No 1:24-cv-7321-RML (E.D.N.Y. Oct. 18, 2024)

Dear Judge Levy:

Pursuant to the Court's September 25, 2026 Order, Plaintiff Rangan Bandyopadhyay; individual Defendants Jennifer Y. Hyman, Scarlett O'Sullivan, Tim Bixby, Jennifer Fleiss, Scott Friend, Melanie Harris, Beth Kaplan, Dan Nova, Gwyneth Paltrow, Carley Roney, Dan Rosensweig, and Mike Roth; and nominal Defendant Rent the Runway, Inc. (collectively, the "Parties") respectfully submit this joint status report.

On September 24, 2026, the Parties filed a letter motion requesting that the action remain stayed so the Parties could confer on threshold issues that could narrow the scope of, or obviate the need for, any motion practice in this case, and to explore potential resolution. (ECF 11). The Court granted this request, directing the Parties to submit a status report by October 23, 2026.

The Parties have been conferring in good faith, however, additional time is needed to continue these discussions. The Parties therefore respectfully request that the stay remain in place and that they be permitted to file a further status report by November 23, 2026, or by any other date the Court may set.

Respectfully submitted,


**THE ROSEN LAW FIRM, P.A.**

*/s/ Phillip Kim*
Phillip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
philkim@rosenlegal.com

*Counsel for Plaintiff*

**FRESHFIELDS US LLP**

*/s/ Mary Eaton*
Mary Eaton
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 277-4000
Mary.eaton@freshfields.com

*Counsel for Defendants*